

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00451-CV

**SAN ANTONIO ANUSA**, **LLC** D/B/A AutoNation USA San Antonio
Appellant

v.

Shannon **WEST** and Jonathon Andre West
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04724
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's June 27, 2024 order denying Appellant San Antonio ANUSA, LLC's motion to compel arbitration and stay trial is REVERSED. This cause is REMANDED to the trial court for entry of an order (a) compelling Appellees Shannon West and Jonathon Andre West to arbitrate their claims against San Antonio ANUSA, LLC and (2) staying all proceedings in the underlying case pending the outcome of the arbitration. Costs of appeal are assessed against Appellees Shannon West and Jonathon Andre West.

SIGNED May 28, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice